**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: D&Z Media, LLC

Debtor.

Case No. 26-31551

Chapter 11,

Subchapter V

**DEBTOR'S PRE-STATUS CONFERENCE REPORT PURSUANT TO 11 USC 1188(c)**

D&Z Media, LLC (the "Debtor") filed this case on May 11, 2026, under Subchapter V of Chapter 11 of the United States Bankruptcy Code. The Debtor files this report pursuant to § 1188(c) of the Bankruptcy Code. The status conference for this case is scheduled for **June 24, 2026 at 10:30 a.m**. via WebEx https://us-courts.webex.com/us-courts/j.php?MTID=m594b0fb9729997da1232f37f296571ef

1. Status of the Debtor's Business Operations. The Debtor plans to reorganize its business and continue operations of the radio station KQPR in Albert Lea, Minnesota. Throughout the case so far, the Debtor has continued to operate the business in the ordinary course and is following the budget attached to the order approving use of cash collateral.

2. Communications with Parties in Interest. Secured Creditors: The debtor has negotiated adequate protection payment to Vermillion State Bank. The debtor will soon propose plan treatment for Vermillion State Bank to consider.

3. Timing for Filing Plan of Reorganization. The Debtor intends to file a plan within the 90-day deadline imposed by the Bankruptcy Code.

4. Anticipated Issues.
The debtor intends to "cramdown" the loan payable to Vermillion State Bank to the value of Vermillion's collateral. Such treatment and value of the collateral might be disputed. Priority creditors will be paid in full, so there should not be an issue with the IRS or State of Minnesota.

Dated: June 9, 2026

SIELING LAW, PLLC

By: *s/ Mary F. Sieling*
Mary F. Sieling (#389893)
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN 55343
Phone: 612-325-1191
Email:mary@sielinglaw.com

***Attorneys for the Debtor***

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

In re: D&Z Media, LLC

Case No. 26-31551

Debtor.

Chapter 11, Subchapter V

# Class [ ] Ballot for Accepting or Rejecting Plan of Reorganization

The Debtor, D&Z Media, LLC ("Proponent") filed a plan of reorganization dated [Date](the Plan} for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claimhas been placed in class [ ] under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote. If your ballot is not received by Sieling Law at Po Box 1116 Minnetonka, Minnesota 55346 or mary@sielinglaw.com on or before [date], and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan:

The undersigned, the holder of a Class [] claim against the Debtor in the unpaid amount of Dollars, hereby:

Check one box only

**______.Accepts the plan**

**_____.Rejects the plan**

Dated:

Signed:

Name of
Creditor:
(Please print name)

Address:

Return completed ballot to:
Sieling Law, PLLC
PO Box 1116
Minnetonka, MN 55345
This ballot must be received no later than January 28, 2026.