**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Case No. 26-31551 |
| D&Z Media, LLC, | |
| Debtor. | Chapter 11 Sub V |

---

**SCHEDULING ORDER**

---

Pursuant to 11 U.S.C. § 1188, the Court held a status conference in this case on June 24, 2026, Appearances were noted in the record. Based on the representations of the parties at the status conference,

IT IS ORDERED

1. The Debtor must file a plan on or before **August 10, 2026**. A separate disclosure statement is not required.

2. Copies of the plan, a ballot, and this order shall be transmitted to all parties required by Fed. R. Bankr. P. 2002(b) and 2002(d) on or before **August 18, 2026**. The Court finds that the ballot attached to the pre-status conference report conforms with Form 314.

3. A hearing to consider confirmation of the plan will be held on **September 29, 2026, at 9:30 a.m.** before the Honorable Mychal A Bruggeman, in Courtroom 2B, Warren E. Burger United States Courthouse, 316 North Robert St. St. Paul, MN 55101. A party that cannot appear in-person must request leave to appear via WebEx, but testimony will occur in-person only. The UST may appear remotely unless it has filed an objection that is not resolved before the confirmation hearing.

4. An objection to confirmation shall be filed and served no later than **September 22, 2026,** which is 7 days before the confirmation hearing.

5. Holders of claims and interests must accept or reject the plan by filing a ballot no later than **September 22, 2026,** which is seven (7) days before the confirmation hearing.

6. Any creditor wishing to file an action under 11 U.S.C. § 523(c) to seek to determine that a debt is non-dischargeable must file its complaint on or before **August 17, 2026.**

7. Any election under § 1111(b) of the Bankruptcy Code must be made on or before **September 15, 2026**

8. Any equity security holder or creditor whose claim is based on a security must be the holder of record of the security on **September 15, 2026**, in order to be eligible to accept or reject the plan.

9. Attorney for the plan proponent must count the ballots and file a report of the tabulation not later than **24 hours** before the confirmation hearing. The ballot report form must conform substantially to Local Form 3020-1.

10. Except as altered by the Court, dates stated in this order are mandatory. Deadlines will not be extended except for good cause. The Court reserves the right to act upon such requests without a hearing.

11. Failure to comply with this order may result in the imposition of sanctions.

12. Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall send notice of this Scheduling Order and Notice of Deadlines to all creditors on the matrix.

Dated: *June 24, 2026*

s/ Mychal A. Bruggeman
Mychal A. Bruggeman
United States Bankruptcy Judge