**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re: D&Z Media, LLC** **CASE NO. 26-31551**

**Debtor.** **CHAPTER 11**

# ORDER

This matter came before the Court on the Application of Steven B. Nosek, Subchapter V Trustee filed on September 3, 2026, for allowance of fees pursuant to §328 and §330 from July 1, 2026 to August 31, 2026. Based on the Application and record,

**IT IS ORDERED**:

1. The Trustee's request for approval of his interim fees for the period July 1, 2026 to August 31, 2026, in the amount of $1,840.00 and reimbursement of costs in the amount of $57.21 for a total amount of $1,897.21 is approved.

2. The Debtor is hereby authorized to pay the Trustee interim compensation for the allowed fees in the amount of $1,840.00 and reimbursement of costs in the amount of $57.21 for a total amount of $1,897.21, as an administrative expense herein.

Dated: *September 25, 2026*

s/ Mychal A. Bruggeman
Mychal A. Bruggeman
United States Bankruptcy Judge

United States Bankruptcy Court
District of Minnesota

In re: Case No. 26-31551-MAB
D&Z Media, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3 User: admin Page 1 of 2
Date Rcvd: Sep 25, 2026 Form ID: pdf111 Total Noticed: 3

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | D&Z Media, LLC, 514 Vermillion St, Hastings, MN 55033-1941 |
| aty | + | Sieling Law, PLLC, 12800 Whitewater Dr, Ste. 100, #3201, Minnetonka, MN 55343-9347 |
| intp | + | Vermillion State Bank, Wilford, Geske & Cook, P.A., 7616 Currell Blvd Ste 200, Woodbury, MN 55125-2296 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Colin Kreuziger | on behalf of U.S. Trustee US Trustee Colin.Kreuziger@usdoj.gov Nissa.L.Atkinson@usdoj.gov;Bethany.Sibenaller@usdoj.gov |
| Eric D. Cook | on behalf of Interested Party Vermillion State Bank ecook@wilfordgeske.com |
| Mary Sieling | on behalf of Debtor 1 D&Z Media LLC mary@sielinglaw.com |
| Orin J. Kipp | on behalf of Interested Party Vermillion State Bank okipp@wgcmn.com dkbenson@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com |
| Steven B Nosek | on behalf of Trustee Steven B Nosek snosek@noseklawfirm.com loriadamson@noseklawfirm.com |

| | |
|---|---|
| Steven B Nosek | snosek@noseklawfirm.com loriadamson@noseklawfirm.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 7