UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

D&Z Media, LLC,

Debtor.

Case No. 26-31551
Chapter 11 Case, Subchapter v

**NOTICE OF CONFIRMATION HEARING**

**NOTICE IS HEREBY GIVEN** that the hearing on confirmation of the debtor's plan of reorganization filed on November 3, 2026, will be held on **Wednesday, November 25, 2026 at 9:30 a.m. via WebEx**, which can be accessed with the following link:

https://us-courts.webex.com/uscourts/j.php?MTID=m594b0fb9729997da1232f37f296571ef

Any objection to confirmation must be filed and served no later than **November 18, 2026**, which is 7 days before the confirmation hearing.

.

Dated: November 3, 2026

SIELING LAW, PLLC

By: */s/ Mary Sieling*

Mary Sieling (#389893)
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN 55343
Telephone: 612-325-1191
Email: mary@sielinglaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:
D&Z Media, LLC

CASE NO: 26-31551

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11

On 11/3/2026, I did cause a copy of the following documents, described below,

Notice of Confirmation Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/3/2026

/s/ Mary Sieling
Mary Sieling 0389893

Sieling Law, PLLC
12800 Whitewater Dr
Minnetonka, MN 55343
612-325-1191
mary@sielinglaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

D&Z Media, LLC

CASE NO: 26-31551

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 11/3/2026, a copy of the following documents, described below,

Notice of Confirmation Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/3/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary Sieling
Sieling Law, PLLC
12800 Whitewater Dr
Minnetonka, MN 55343

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-31551
DISTRICT OF MINNESOTA
TUE NOV 3 7-42-49 PST 2026

DEBTOR

DZ MEDIA LLC
514 VERMILLION ST
HASTINGS MN 55033-1941

~~EXCLUDE~~

~~SIELING LAW PLLC~~
~~12800 WHITEWATER DR~~
~~STE 100 3201~~
~~MINNETONKA MN 55343-9347~~

VERMILLION STATE BANK
WILFORD GESKE COOK PA
7616 CURRELL BLVD STE 200
WOODBURY MN 55125-2296

~~EXCLUDE~~

~~ST PAUL~~
~~200 WARREN E BURGER FEDERAL BUILDING~~
~~AND US COURTHOUSE~~
~~316 N ROBERT ST~~
~~ST PAUL MN 55101-1495~~

ASCAP
ATTN OFFICER
250 W 57TH ST
NEW YORK NY 10107-1300

AMERICAN EXPRESS
ATTN OFFICER
200 VESEY ST
NEW YORK NY 10285-0002

BIG DEALS MEDIA
ATTN OFFICER
7650 EXECUTIVE DR
EDEN PRAIRIE MN 55344-3677

BROADCAST MUSIC INC
ATTN OFFICER
10 MUSIC SQUARE E
NASHVILLE TN 37203-4399

BUSINESS FIRST GROUP
ATTN OFFICER
2222 CONEY ISLAND AVE
BROOKLYN NY 11223-3338

CENTRAL PARK PROPERTIES LLC
ATTN OFFICER
108 WEST PARK SQUARE STE A
OWATONNA MN 55060-2973

DANIEL MASSMAN
20980 RED WING BLVD
55033-9004

GMAC FINANCING
ATTN OFFICER
PO BOX 183593
ARLINGTON TX 76096-3593

GLOBAL MUSIC RIGHTS LLC
ATTN OFFICER
1801 W OLYMPIC BLVD
PASADENA CA 91199-0001

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

MINNESOTA REVENUE
ATTN COLLECTIONS DIVISION
600 N ROBERT ST
SAINT PAUL MN 55146-0010

ODK CAPITAL LLC
ATTN OFFICER OR MANAGING AGENT
4700 W DAYBREAK PKWY 200
SOUTH JORDAN UT 84009-5133

RAPID FINANCE
ATTN OFFICER
4500 EAST WEST HIGHWAY 6TH FL
BETHESDA MD 20814-3327

SPENCER KRAL KRAL
86379 145TH ST
GLENVILLE MN 56036-4222

STATE OF MINNESOTA DEPARTMENT OF REVENUE
PO BOX 64447 BKY
ST PAUL MN 55164-0447

TRITON RECOVERY LLC
ATTN OFFICER
2100 WEST LOOP S STE 1400
HOUSTON TX 77027-3525

~~EXCLUDE~~

~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

VERMILLION BANK
ATTN OFFICER
170 E MAIN ST
PO BOX 28
VERMILLION MN 55085-0028

VERMILLION STATE BANK
107 E MAIN STREET
VERMILLION MN 55085

WELLEN CAPITAL LLC
401 N MICHIGAN AVE
STE 1260
CHICAGO IL 60611-4255

WELLEN CAPITAL
ATTN OFFICER
600 W JACKSON BLVD 750
CHICAGO IL 60661-5683

~~EXCLUDE~~

~~MARY SIELING~~
~~SIELING LAW PLLC~~
~~SIELING LAW PLLC~~
~~12800 WHITEWATER DR~~
~~STE 100 3201~~
~~MINNETONKA MN 55343-9347~~

STEVEN B NOSEK
STEVEN B NOSEK PA
10285 YELLOW CIRCLE DRIVE
HOPKINS MN 55343-9142